## UNITED STATES of America, Plaintiff–Appellee,

v.

## Juan Gomez VASQUEZ, Defendant–Appellant.

### No. 05–50858
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 25, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Adrienne Urrutia, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Gomez Vasquez has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gomez Vasquez has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.